1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX RAYTER and RYAN HERENDEEN, individually and on behalf of all others similarly situated, | Case No.: 3:16-cv-00507-JST |
| Plaintiffs, | **[PROPOSED]** ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| DEVRY EDUCATION GROUP INC., formerly known as DeVry, Inc., a corporation, and DEVRY UNIVERSITY, INC., a corporation, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered the Joint Stipulation by Plaintiffs Alex Rayter and Ryan Herendeen ("Plaintiffs") and Defendants DeVry Education Group Inc., and DeVry University, Inc., ("Defendants") to Continue the Initial Case Management Conference, and for good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Initial Case Management Conference is continued until  August 10 , 2016. The Case Management Conference Statement will be due ten days before the Case Management Conference.

**IT IS SO ORDERED.**

Dated: May 12, 2016



_____
United States District Judge