UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RAYTER, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>DEVRY EDUCATION GROUP, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-00507-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 25 |

      The parties stated on the record on August 3, 2016, that they have settled this action. See ECF No. 25. Accordingly, all deadlines and hearings in this case are VACATED. By September 14, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

      The Court also hereby SETS a case management conference on September 28, 2016, which will be automatically vacated if the stipulation of dismissal is timely filed.

      Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

      **IT IS SO ORDERED**.

Dated: August 3, 2016

                                            JON S. TIGAR
                                         United States District Judge